IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. CROSSWHITE,

    Plaintiff,                    No. CIV S- 05-2364 DFL GGH P

    vs.

RICHARD McFACHEN, Shasta
County Superior Court Judge,

    Defendant.                  ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 3, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.[1]

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

---

[1] In fact, plaintiff even purports to seek to "drop charges" against the named defendant. See letter dated April 5, 2006.

1

1  ORDERED that:

2      1. The findings and recommendations filed April 3, 2006, are adopted in full; and

3      2. Plaintiff's complaint is summarily dismissed with prejudice and this case is

4  closed.

5  DATED: 6/8/2006

_____
DAVID F. LEVI
United States District Judge