IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. CROSSWHITE,

    Plaintiff,                       No. CIV S- 05-2364 DFL GGH P

    vs.

RICHARD McFACHEN, Shasta
County Superior Court Judge,

    Defendant.                   <u>ORDER</u>
_____/

        On June 13, 2006, June 22, 2006, and June 27, 2006, plaintiff filed letters, purportedly regarding double jeopardy. This civil rights action was summarily dismissed with prejudice, and judgment thereon entered, on June 9, 2006. Plaintiff's subsequent filings do not appear to be contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, these documents will be placed in the file and disregarded. Further, the Clerk of the Court is directed to disregard any future filing in this action. No further order from this court will be forthcoming regarding this case.

        IT IS SO ORDERED.

DATED: 7/3/06

                                        /s/ Gregory G. Hollows
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
cross2364.58ggh